UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HI-RISE TECHNOLOGY, INC.,

    Plaintiff,

  v.

AMATUERINDEX.COM,

    Defendant.

No. C07-349MJP

ORDER REGARDING PUBLICATION OF NOTICE

      This is an in rem action brought by Plaintiff Hi-Rise Technology, Inc. against the domain name "amatuerindex.com" pursuant to the federal Anti-Cybersquatting Consumer Protection Act (ACPA). Plaintiff has registered a service mark for "The Amateur Index." The domain name "amatuerindex.com" is registered to an organization called Jasper Developments, which provided an address in Melbourne, Australia when it registered the domain name. Through this action, Plaintiff seeks an order to transfer the "amatuerindex.com" domain name to Plaintiff.

      By order dated June 27, 2007, the Court denied Plaintiff's "Motion for Temporary Restraining Order, Preliminary and Permanent Injunction," finding that Plaintiff had not satisfied the requirements for the injunctive relief requested. (Dkt. No. 6.) In the same order, the Court also found that Plaintiff should be required to publish notice of this action in Melbourne, Australia. The Court directed publication of notice pursuant to provisions of the ACPA which provide that a court may direct publication of notice of an in rem action brought under the statute. The Court directed Plaintiff to

ORDER - 1

provide the Court with a proposed form of notice within 14 days, along with a proposal regarding where such notice should be published in Melbourne, Australia.

In response to the Court's order, Plaintiff has submitted a "Proposal Regarding Publication." (Dkt. No. 8.) Having reviewed this submission, the Court finds and ORDERS as follows:

(1)     Plaintiff's "Proposal Regarding Publication" appears to ask the Court to reconsider provisions of its order dated June 27, 2007, including the Court's finding that publication of notice should be required. The Court declines to reconsider its June 27th order. Local Civil Rule 7(h)(1) provides that motions for reconsideration must "be plainly labeled as such." Here, Plaintiff's "Proposal Regarding Publication" is not labeled as a motion for reconsideration and the Court will not construe it as such.

(2)     Plaintiff has proposed that notice of this action should be "posted with other notice in the classified section online at http://www.theage.com.au." (Dkt. No. 8 at 9.) Plaintiff has proposed that the notice should read as follows:

> Litigation has been initiated in the U.S. against Jasper Developments, PFO Box 1188, Melbourne, VIC 3001, AU.  For further information contact lind_matthew@yahoo.com, david@dwnancellc.com, or go to http://www.dwnancellc.com/jasper/amatuerindexdotcom_ Complaint.pdf.

Id.

It appears that Plaintiff is proposing publication in a newspaper called "The Age." Aside from a website address, Plaintiff has not provided the Court with any information regarding this publication. However, the website for "The Age" indicates that it is a newspaper serving Melbourne, Australia. Therefore, the Court finds that publication of notice in this newspaper would be appropriate. Plaintiff is advised that the Court will require publication of notice in both the print and online editions of "The Age."

With respect to the form of the notice, Plaintiff's proposed notice does not identify Plaintiff, the nature of the litigation, the domain name at issue, or the Court in which the action is pending.

ORDER - 2

1  Plaintiff's proposed notice is also not accurate to the extent it suggests that litigation has been initiated

2  against "Jasper Developments," when in fact the litigation has been initiated against the domain name

3  in rem.  Therefore, the Court directs Plaintiff to publish notice in the form set forth below, rather than

4  in the form proposed by Plaintiff:

> PLEASE TAKE NOTICE that Hi-Rise Technology, Inc. has filed a lawsuit in rem against the Internet domain name "**amatuerindex.com**" in the United States District Court for the Western District of Washington.  The "amatuerindex.com" domain name is registered to **Jasper Developments,** PFO Box 1188, Melbourne, VIC 3001.  The lawsuit seeks a transfer of the "amatuerindex.com" domain name to Hi-Rise Technology, Inc.  This case is pending before U.S. District Judge Marsha Pechman and has been assigned case number C07-349MJP.  If the registrant of the domain name does not file a written answer in this proceeding within 20 days of the publication of this notice, a default judgment may be entered for the relief demanded in the complaint.  Hi-Rise Technology is represented by attorney Matthew Lind, who may be contacted at lind_matthew@yahoo.com.  A copy of the complaint is available at http://www.dwnancellc.com/jasper/amatuerindexdotcom_Complaint.pdf.  Information about the United States District Court for the Western District of Washington is available at http://www.wawd.uscourts.gov.

12  Plaintiff is directed to file proof of publication promptly after this notice has been published in The

13  Age.  If an answer to the complaint is not filed within 20 days of publication of this notice, Plaintiff

14  may file a motion for entry of default under Fed. R. Civ. P. 55(a).  If default is entered under Rule

15  55(a), Plaintiff may then move for a default judgment under Fed. R. Civ. P. 55(b).

16          (3)     The clerk is directed to send copies of this order to all counsel of record.

17          Dated:   August 2, 2007.

                                        s/Marsha J. Pechman
                                        Marsha J. Pechman
                                        United States District Judge

ORDER - 3